**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 583 MAL 2022

Respondent

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

TROY MARCUS ALLEN,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.

    The Petition to Withdraw as counsel is **DENIED** as **MOOT**.